Document Not Imaged

The paper document is available in the Clerk's Office Files Department

Case 3:08-mc-00006   Document 1   Filed 04/04/2008   Page 1 of 1